Charlie Jones, Plaintiff in Error, vs. The State of Florida,
Defendant in Error.

(Supreme Court of Florida, April 18, 1905.)

Writ of Error to Circuit Court, Columbia county; Bascom H. Palmer, Judge.

No appearance for plaintiff in error.

Attorney-General for the State.

This action was brought by the defendant in error against the plaintiff in error. There was judgment for the plaintiff, and the defendant takes writ of error. Dismissed on motion of the Attorney-General.